UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 22, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LAUREN CROWE, )<br>Defendant. )<br>_____ ) | Case No. 2:19-mj-00019-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, LAUREN CROWE, Case No. 2:19-mj-00019-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   ____   Bail Posted in the Sum of: $

      __-__   Co-Signed Unsecured Appearance Bond

      ____   Secured Appearance Bond

   __X__   (Other) <u>Conditions as stated on the record.</u>

   ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __1/22/2019__ at __2:36 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge
