UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 22, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LAUREN CROWE, ) <br> Defendant. ) <br> ) | Case No. 2:19-mj-00019-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, LAUREN CROWE, Case No. 2:19-mj-00019-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   ____   Bail Posted in the Sum of: $

          __-__   Co-Signed Unsecured Appearance Bond

          ____   Secured Appearance Bond

   __X__   (Other) <u>Conditions as stated on the record.</u>

   ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __1/22/2019__ at __2:36 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge